IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHRAVAN KUMAR DEBBAD, | ) | |
| | ) | |
| Plaintiff, | ) | 2:09-cv-01998-GEB-DAD |
| | ) | |
| v. | ) | ORDER STRIKING DEFENDANT'S |
| | ) | MOTION TO DISMISS |
| WASHINGTON MUTUAL BANK, QUALITY LOAN SERVICE CORPORATION, and DOES 1 to 100, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

On August 31, 2009, Defendant Washington Mutual Bank filed a motion to dismiss Plaintiff's complaint. However, the proof of service attached to the motion states it was served by mail on "David A. ST. John," an individual who does not appear to be involved in this case. Since the record does not reveal Plaintiff's counsel was served with the motion, the motion is stricken and the hearing on the motion is vacated.

Dated:  October 19, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

1