IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHRAVAN KUMAR DEBBAD,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>WASHINGTON MUTUAL BANK; QUALITY LOAN SERVICE CORPORATION; and DOES 1 to 100,<br><br>　　　　Defendants. | NO. 2:09-cv-01998-GEB-DAD<br><br>ORDER STRIKING PROPOSED JUDGMENT |

　　　　The proposed judgment filed on April 19, 2010, is stricken, since the movants have not shown it should be signed.

Dated: May 10, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

1