IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHRAVAN KUMA DEBBAD, | ) | |
| | ) | |
| Plaintiff, | ) | 2:09-CV-01998-GEB-DAD |
| | ) | |
| v. | ) | FED. R. CIV. P. 4(m) NOTICE |
| | ) | |
| JP MORGAN CHASE BANK, formerly doing business as Washington Mutual Bank; QUALITY LOAN SERVICE CORPORATION, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff is hereby notified under Federal Rule of Civil Procedure 4(m) ("Rule") that Defendant Quality Loan Service Corporation will be dismissed as a Defendant in this action unless Plaintiff provides proof of service and/or "shows good cause for the failure" to serve this Defendant within Rule 4(m)'s 120 day prescribed period in a filing due no later than 4:00 p.m. on June 4, 2010.

Dated: May 26, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

1