IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHRAVAN KUMA DEBBAD,           )
                               )   2:09-cv-01998-GEB-DAD
            Plaintiff,         )
                               )
      v.                       )   ORDER
                               )
JP MORGAN CHASE BANK, formerly )
doing business as Washington   )
Mutual Bank,                   )
                               )
            Defendant.         )
_____)

        Plaintiff was required to respond to an Order filed May 26, 2010, by either filing proof that Defendant Quality Loan Service Corporation was served with process or a document showing good cause for Plaintiff's failure to serve this Defendant within the 120-day period prescribed in Federal Rule of Civil Procedure 4(m). (Docket No. 27.) This filing was due no later than 4:00 p.m. on June 4, 2010. Plaintiff failed to file the required document by this deadline.

        Plaintiff was warned in the May 26, 2010 Order that failure to make the required showing by the deadline would result in Defendant Quality Loan Service Corporation being dismissed from this action. Since

there has been no response, Defendant Quality Loan Service Corporation is dismissed from this action without prejudice.

IT IS SO ORDERED.

Dated:  June 22, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge